UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

LINZIE J. LEDBETTER,

    Plaintiff,

v.

GOOD SAMARITAN MINISTRIES;
BOBBY ANDERSON; MICHAEL HEATH,

    Defendants.                            No. 13-cv-308-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendant's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary Judgment entered on July 17, 2014(Doc. 40), this case is **DISMISSED** with prejudice.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                    BY:    /s/*Caitlin Fischer*
                                               **Deputy Clerk**

Dated:  July 17, 2014

Digitally signed by David R. Herndon
Date: 2014.07.17 14:32:10 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT